Entered on Docket December 21, 2017

**Below is the Judgment of the Court.**

_____
**Brian D. Lynch
U.S. Bankruptcy Court Judge**
(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>VIRGINIA COVERDALE,<br><br>Debtor. | Case No. 16-44453-BDL |
| JZK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA COVERDALE,<br><br>Defendant. | Adversary No. 17-04014-BDL<br><br>**JUDGMENT** |

The trial was held in this adversary proceeding on October 25, 2017. Plaintiff JZK, Inc. ("JZK") appeared through counsel, Eric D. Gilman, and Defendant Virginia Coverdale ("Coverdale") appeared pro se. The issues presented at trial were (1) whether Coverdale committed a tort of abuse of process which willfully and maliciously injured JZK pursuant to 11 U.S.C. §523(a)(6) during the lawsuit that JZK filed against her, and (2) whether certain contempt sanctions were nondischargeable pursuant to 11 U.S.C. §523(a)(6 and 7).

JUDGMENT - 1

**Below is the Judgment of the Court.**

The Court, having considered the pleadings, testimony, exhibits, and arguments offered by the parties at trial in support of their positions, issued its Findings of Fact and Conclusions of Law on December 15, 2017 (ECF No. 46). In accordance with those Findings of Fact and Conclusions of Law, Judgment is entered in favor of Defendant, Virginia Coverdale and against the Plaintiff, JZK, Inc.

It is HEREBY FURTHER ORDERED:

1. The Debts owed by Coverdale to JZK are dischargeable under 11 U.S.C. §727; and
2. Neither party is awarded attorney's fees.

///End of Judgment///

JUDGMENT - 2